# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA



PETER PASQUALE, an individual, on behalf of
himself, and on behalf of all persons similarly
situated,

                    Plaintiffs,

          vs

KAISER FOUNDATION HEALTH PLAN, INC., a California
California Corporation, and Does 1 to 10,

                    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0785 ЗLS NLS**

TO: (Name and Address of Defendant)


          YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California  92037

                                                                20
     An answer to the complaint which is herewith served upon you, within _____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
     by default will be taken against you for the relief demanded in the complaint.


          W. Samuel Hamrick, Jr.                              APR 29 2008

K. HAMMERLY              CLERK                                 DATE


     By                           . Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:54am)