NORMAN B. BLUMENTHAL, CA Bar No. 068687
KYLE R. NORDEHAUG, CA Bar No. 205975
APARAJIT BHOWMIK, CA Bar No. 248066
BLUMENTHAL & NORDEHAUG
2255 Calle Clara
La Jolla, CA 92037
Telephone:   (858) 551-1223
Facsimile:   (858) 551-1232

WALTER HAINES, CA Bar No. 71075
UNITED EMPLOYEES LAW GROUP
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone:   (562) 256-1047
Facsimile:   (562) 256-1006

Attorneys for Plaintiff PETER PASQUALE

ANN KANE SMITH, CA Bar No. 72698
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Telephone:   (213) 576-8000
Facsimile:   (213) 576-8080

SETH L. NEULIGHT, CA Bar No. 184440
DEBORAH R. SCHWARTZ, CA Bar No. 208934
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone:   (415) 371-1200
Facsimile:   (415) 371-1211

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE,<br><br>            Plaintiff,<br><br>     vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>            Defendant. | Case No.: 08 CV 0785 JLS NLS<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>[E-filed concurrently with Declaration of Seth L. Neulight and [Proposed] Order] |

SF #1486509 v1

JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE COMPLAINT
[CASE NO. 08 CV 0785 JLS NLS]

1  Pursuant to Rule 12.1 of the Local Rules of this Court, plaintiff Peter Pasquale ("Plaintiff") and defendant Kaiser Foundation Health Plan, Inc. ("Defendant"), by and through their respective counsel, hereby jointly move for entry of an Order by the Court extending the deadline by which Defendant must file and serve its pleading in response to the Complaint, to and including June 23, 2008.

Good cause exists for this requested extension. On April 29, 2008, Plaintiff filed his Complaint in this action. On May 2, 2008, Plaintiff served the Summons and Complaint on Defendant. Thus under Rule 12 of the Federal Rules of Civil Procedure, Defendant's responsive pleading is currently due to be filed and served on May 22, 2008.

Defendant's counsel was just recently retained to represent Defendant in this action. Plaintiff's Complaint is styled as a putative class and collective action asserting six causes of action under both federal and state wage and hour laws. The Complaint is 35 pages in length and contains 105 charging paragraphs. Defendant and its counsel have just recently begun their review and analysis of the Complaint. In light of the numerous and complex factual and legal issues raised therein, additional time is needed for Defendant and its counsel to investigate the claims and allegations in the Complaint before a responsive pleading may be prepared. The requested extension is not being sought to unduly delay this litigation or for any other improper purpose.

This Joint Motion is based upon this Motion, the accompanying Declaration of Seth L. Neulight and [Proposed] Order, the Complaint, and such other and further matters as the Court may consider in its discretion.

Dated: May 20, 2008                    BLUMENTHAL & NORDREHAUG


                                       By:/s/ Norman B. Blumenthal
                                          Norman B. Blumenthal
                                          Attorneys for Plaintiff

| | |
|---|---|
| Dated: May 20, 2008 | UNITED EMPLOYEES LAW GROUP |
| | By:/s/ Walter Haines |
| | Walter Haines |
| | Attorneys for Plaintiff |
| Dated: May 20, 2008 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| | By  /s/  Seth L. Neulight |
| | Seth L. Neulight |
| | Attorneys for Defendant |

SF #1486509 v1

- 3 -

JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE COMPLAINT