```
 1  NORMAN B. BLUMENTHAL, CA Bar No. 068687
    KYLE R. NORDEHAUG, CA Bar No. 205975
 2  APARAJIT BHOWMIK, CA Bar No. 248066
    BLUMENTHAL & NORDEHAUG
 3  2255 Calle Clara
    La Jolla, CA 92037
 4  Telephone:   (858) 551-1223
    Facsimile:   (858) 551-1232
 5
    WALTER HAINES, CA Bar No. 71075
 6  UNITED EMPLOYEES LAW GROUP
    65 Pine Avenue, #312
 7  Long Beach, CA 90802
    Telephone:   (562) 256-1047
 8  Facsimile:   (562) 256-1006

 9  Attorneys for Plaintiff PETER PASQUALE

10  ANN KANE SMITH, CA Bar No. 72698
    THELEN REID BROWN RAYSMAN & STEINER LLP
11  333 South Hope Street, Suite 2900
    Los Angeles, CA 90071
12  Telephone:   (213) 576-8000
    Facsimile:   (213) 576-8080
13
    SETH L. NEULIGHT, CA Bar No. 184440
14  DEBORAH R. SCHWARTZ, CA Bar No. 208934
    THELEN REID BROWN RAYSMAN & STEINER LLP
15  101 Second Street, Suite 1800
    San Francisco, CA  94105-3606
16  Telephone:   (415) 371-1200
    Facsimile:   (415) 371-1211
17
    Attorneys for Defendant
18  KAISER FOUNDATION HEALTH PLAN, INC.

19
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE,<br><br>          Plaintiff,<br><br>     vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>          Defendant. | Case No.: 08 CV 0785 JLS NLS<br><br>**DECLARATION OF SETH L. NEULIGHT IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO COMPLAINT** |

SF #1486907 v1

DECLARATION OF SETH L. NEULIGHT ISO JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO
FILE RESPONSE TO COMPLAINT [CASE NO. 08 CV 0785 JLS NLS]

1        I, Seth L. Neulight, hereby declare:

2        1.   I am a partner of the law firm Thelen Reid Brown Raysman & Steiner LLP, counsel to defendant Kaiser Foundation Health Plan, Inc. ("Defendant") in the above-captioned action. I am licensed and authorized to practice law before all courts of the State of California and this Court. I make this declaration in support of the parties' Joint Motion to Extend Time For Defendant To File Its Response to Complaint. The facts set forth below are within my personal knowledge, and if called upon to testify before the Court to these facts I could and would do so competently.

3        2.   On or about April 29, 2008, upon information and belief, Plaintiff filed his Complaint in this action.

4        3.   I am informed and believe that on May 2, 2008, Plaintiff served the Summons and Complaint on Defendant through its registered agent for service of process. Thus under Rule 12 of the Federal Rules of Civil Procedure, Defendant's answer or other pleading in response to the Complaint is currently due on May 22, 2008.

5        4.   On or about May 8, 2008, Defendant first retained my law firm to represent it in this action. On May 16, 2008, my partner, Ann Kane Smith, made a request to Plaintiff's counsel for a thirty (30)-day extension of time for Defendant to file its responsive pleading. The same day, Plaintiff's counsel, Norman Blumenthal of the firm Blumenthal & Nordrehaug, granted this request.

6        5.   Good cause exists for the requested 30-day extension of time, to and including June 23, 2008, for Defendant to file its responsive pleading. The Complaint is styled as a putative class and collective action asserting six causes of action under both federal and state law. The Complaint is 35 pages in length and contains 105 charging paragraphs. I and my colleagues have just begun our review and analysis of the Complaint. In light of the numerous and complex factual and legal issues raised therein, additional time is needed for Defendant and our firm to investigate the claims and allegations in the Complaint before a responsive pleading may be prepared.

6. This is the first extension of time requested by Defendant in this action. This extension is not being sought to unduly delay this action or for any other improper purpose.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed by me by electronic signature on the 20th day of May, 2008, in San Francisco, California.

/s/ Seth L. Neulight
Seth L. Neulight

SF #1486907 v1                                  -3-

DECLARATION OF SETH L. NEULIGHT ISO JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [CASE NO. 08 CV 0785 JLS NLS]