1  NORMAN B. BLUMENTHAL, CA Bar No. 068687
   KYLE R. NORDEHAUG, CA Bar No. 205975
2  APARAJIT BHOWMIK, CA Bar No. 248066
   BLUMENTHAL & NORDEHAUG
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone:    (858) 551-1223
   Facsimile:    (858) 551-1232
5
   WALTER HAINES, CA Bar No. 71075
6  UNITED EMPLOYEES LAW GROUP
   65 Pine Avenue, #312
7  Long Beach, CA 90802
   Telephone:    (562) 256-1047
8  Facsimile:    (562) 256-1006

9  Attorneys for Plaintiff PETER PASQUALE

10 ANN KANE SMITH, CA Bar No. 72698
   THELEN REID BROWN RAYSMAN & STEINER LLP
11 333 South Hope Street, Suite 2900
   Los Angeles, CA 90071
12 Telephone:    (213) 576-8000
   Facsimile:    (213) 576-8080
13
   SETH L. NEULIGHT, CA Bar No. 184440
14 DEBORAH R. SCHWARTZ, CA Bar No. 208934
   THELEN REID BROWN RAYSMAN & STEINER LLP
15 101 Second Street, Suite 1800
   San Francisco, CA  94105-3606
16 Telephone:    (415) 371-1200
   Facsimile:    (415) 371-1211
17
   Attorneys for Defendant
18 KAISER FOUNDATION HEALTH PLAN, INC.

19

20              UNITED STATES DISTRICT COURT

21           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

22

23 PETER PASQUALE,                    | Case No.: 08 CV 0785 JLS NLS

24              Plaintiff,            | **ORDER GRANTING DEFENDANT
                                       EXTENSION OF TIME TO FILE ITS
25      vs.                           | RESPONSE TO THE COMPLAINT**

26 KAISER FOUNDATION HEALTH PLAN,
   INC.,
27
                Defendant.
28

SF #1486794 v1

ORDER GRANTING DEFENDANT'S EXTENSION OF TIME TO FILE ITS RESPONSE TO THE COMPLAINT
[CASE NO. 08 CV 0785 JLS NLS]

1       This Court, having reviewed the parties' Joint Motion To Extend Time For Defendant To

2  File Its Response To The Complaint, and good cause appearing therefor, HEREBY ORDERS AS

3  FOLLOWS:

4       The deadline for Defendant to file and serve its pleading in response to the Complaint shall

5  be extended to and including June 23, 2008.

6       IT IS SO ORDERED.

7

8

9  Dated: <u>May 21, 2008</u>

                                      *Janis L. Sammartino*

10                         HONORABLE JANIS L. SAMMARTINO
                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DEFENDANT'S EXTENSION OF TIME TO FILE ITS RESPONSE TO THE COMPLAINT
[CASE NO. 08 CV 0785 JLS NLS]