NORMAN B. BLUMENTHAL, CA Bar No. 068687
KYLE R. NORDEHAUG, CA Bar No. 205975
APARAJIT BHOWMIK, CA Bar No. 248066
BLUMENTHAL & NORDEHAUG
2255 Calle Clara
La Jolla, CA 92037
Telephone:   (858) 551-1223
Facsimile:   (858) 551-1232

WALTER HAINES, CA Bar No. 71075
UNITED EMPLOYEES LAW GROUP
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone:   (562) 256-1047
Facsimile:   (562) 256-1006

Attorneys for Plaintiff PETER PASQUALE

ANN KANE SMITH, CA Bar No. 72698
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Telephone:   (213) 576-8000
Facsimile:   (213) 576-8080

SETH L. NEULIGHT, CA Bar No. 184440
DEBORAH R. SCHWARTZ, CA Bar No. 208934
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone:   (415) 371-1200
Facsimile:   (415) 371-1211

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE, <br><br> Plaintiff, <br><br> vs. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Defendant. | Case No.: 08 CV 0785 JLS NLS <br><br> **JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT** <br><br> [E-filed concurrently with Declaration of Ann K. Smith and [Proposed] Order] |

LA #623033 v1

JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT [CASE NO. 08 CV 0785 JLS NLS]

1	Pursuant to Rule 12.1 of the Local Rules of this Court, plaintiff Peter Pasquale ("Plaintiff")
2	and defendant Kaiser Foundation Health Plan, Inc. ("Defendant"), by and through their respective
3	counsel, hereby jointly move for entry of an Order by the Court extending the deadline by which
4	Defendant must file and serve its pleading in response to the First Amended Complaint, to and
5	including July 28, 2008.

6	Good cause exists for this requested extension. On June 17, 2008, Plaintiff filed his First
7	Amended Complaint in this action, which was served on Defendant on June 19, 2008. Thus under
8	Rule 15 of the Federal Rules of Civil Procedure, Defendant's responsive pleading is currently
9	due to be filed and served on July 7, 2008.

10	Plaintiff's First Amended Complaint is styled as a putative class and collective action
11	asserting seven claims for relief under both federal and state wage and hour laws. The First
12	Amended Complaint is 38 pages in length and contains 111 charging paragraphs. Defendant
13	through its counsel has conferred with Plaintiff's Counsel regarding the underlying facts, and
14	Plaintiff's employment history, and Plaintiff's counsel is considering whether a second amended
15	Complaint is appropriate or necessary. In light of the numerous and complex factual and legal
16	issues raised therein, and the concern that a Second Amended Complaint should be filed, making
17	unnecessary a responsive pleading to the First Amended Complaint, the parties agree that
18	additional time is needed for counsel to investigate the facts and allegations before a responsive
19	pleading should be prepared to the First Amended Complaint. The requested extension is not
20	being sought to unduly delay this litigation or for any other improper purpose.

21	This Joint Motion is based upon this Motion, the accompanying Declaration of Ann Kane
22	Smith and [Proposed] Order, the First Amended Complaint, and such other and further matters as
23	the Court may consider in its discretion.

24	Dated: June 27, 2008		BLUMENTHAL & NORDREHAUG

26			By: /s/ Norman B. Blumenthal
				Norman B. Blumenthal
27				Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: June 27, 2008 | UNITED EMPLOYEES LAW GROUP |
| 3 | | By:/s/ Walter Haines |
| 4 | | Walter Haines<br>Attorneys for Plaintiff |
| 5 | Dated: June 27, 2008 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 7 | | By  /s/ Ann K. Smith |
| 8 | | Ann K. Smith<br>Attorneys for Defendant |

LA #623033 v1

-3-

JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT [CASE NO. 08 CV 0785 JLS NLS]