NORMAN B. BLUMENTHAL, CA Bar No. 068687
KYLE R. NORDEHAUG, CA Bar No. 205975
APARAJIT BHOWMIK, CA Bar No. 248066
BLUMENTHAL & NORDEHAUG
2255 Calle Clara
La Jolla, CA 92037
Telephone:   (858) 551-1223
Facsimile:    (858) 551-1232

WALTER HAINES, CA Bar No. 71075
UNITED EMPLOYEES LAW GROUP
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone:   (562) 256-1047
Facsimile:    (562) 256-1006

Attorneys for Plaintiff PETER PASQUALE

ANN KANE SMITH, CA Bar No. 72698
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Telephone:   (213) 576-8000
Facsimile:    (213) 576-8080

SETH L. NEULIGHT, CA Bar No. 184440
DEBORAH R. SCHWARTZ, CA Bar No. 208934
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3606
Telephone:   (415) 371-1200
Facsimile:    (415) 371-1211

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>                    Defendant. | Case No.: 08 CV 0785 JLS NLS<br><br>**DECLARATION OF ANN K. SMITH IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO FIRST AMENDED COMPLAINT** |

LA #623036 v1

I, Ann K. Smith, hereby declare:

1. I am a partner of the law firm Thelen Reid Brown Raysman & Steiner LLP, counsel to defendant Kaiser Foundation Health Plan, Inc. ("Defendant") in the above-captioned action. I am licensed and authorized to practice law before all courts of the State of California and this Court. I make this declaration in support of the parties' Joint Motion to Extend Time For Defendant To File Its Response to Complaint. The facts set forth below are within my personal knowledge, and if called upon to testify before the Court to these facts I could and would do so competently.

2. On or about June 17, 2008, upon information and belief, Plaintiff filed his Complaint in this action.

3. I am informed and believe that on June 19, 2008, Plaintiff served the Summons and Complaint on Defendant. Thus under Rule 15 of the Federal Rules of Civil Procedure, Defendant's answer or other pleading in response to the First Amended Complaint is currently due on July 7, 2008.

4. On or about June 27, 2008, following a discussion with Plaintiff's counsel regarding Plaintiff's employment, and the identity of Plaintiff's employer, we agreed that in the interests of judicial economy, and to save the parties unnecessary time and expense, we should jointly request that the Court extend the time for Defendant to file a responsive pleading to the First Amended Complaint to July 28, 2008 in order to give the parties additional time to confer about a possible Second Amended Complaint.

5. Good cause exists for the requested 21-day extension of time, to and including July 28, 2008, for Defendant to file its responsive pleading. The First Amended Complaint is styled as a putative class and collective action asserting seven causes of action under both federal and state law. The First Amended Complaint is 38 pages in length and contains 111 charging paragraphs. In light of the numerous and complex factual and legal issues raised therein, additional time is needed for the parties to further confer about the claims and allegations in the First Amended Complaint before a responsive pleading should be prepared and filed.

LA #623036 v1                          -2-

DECLARATION OF ANN K. SMITH ISO JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO FIRST AMENDED COMPLAINT [CASE NO. 08 CV 0785 JLS NLS]

6. This is the second extension of time requested by the parties in this action. This extension is not being sought to unduly delay this action or for any other improper purpose.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed by me by electronic signature on the 27th day of June, 2008, in Los Angeles County, California.

                          /s/ Ann K. Smith
                            Ann K. Smith