1  NORMAN B. BLUMENTHAL, CA Bar No. 068687
   KYLE R. NORDEHAUG, CA Bar No. 205975
2  APARAJIT BHOWMIK, CA Bar No. 248066
   BLUMENTHAL & NORDEHAUG
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone:    (858) 551-1223
   Facsimile:    (858) 551-1232
5
   WALTER HAINES, CA Bar No. 71075
6  UNITED EMPLOYEES LAW GROUP
   65 Pine Avenue, #312
7  Long Beach, CA 90802
   Telephone:    (562) 256-1047
8  Facsimile:    (562) 256-1006

9  Attorneys for Plaintiff PETER PASQUALE

10 ANN KANE SMITH, CA Bar No. 72698
   THELEN REID BROWN RAYSMAN & STEINER LLP
11 333 South Hope Street, Suite 2900
   Los Angeles, CA 90071
12 Telephone:    (213) 576-8000
   Facsimile:    (213) 576-8080
13
   SETH L. NEULIGHT, CA Bar No. 184440
14 DEBORAH R. SCHWARTZ, CA Bar No. 208934
   THELEN REID BROWN RAYSMAN & STEINER LLP
15 101 Second Street, Suite 1800
   San Francisco, CA  94105-3606
16 Telephone:    (415) 371-1200
   Facsimile:    (415) 371-1211
17
   Attorneys for Defendant
18 KAISER FOUNDATION HEALTH PLAN, INC.

19

20                    UNITED STATES DISTRICT COURT

21                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

22

| | |
|---|---|
| 23  PETER PASQUALE, | Case No.: 08 CV 0785 JLS NLS |
| 24              Plaintiff, | **ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT** |
| 25       vs. | |
| 26  KAISER FOUNDATION HEALTH PLAN, INC., | |
| 27              Defendant. | |
| 28 | |

LA #623057 v1/03004-82

ORDER GRANTING DEFENDANT'S EXTENSION OF TIME TO FILE ITS RESPONSE TO THE FIRST
AMENDED COMPLAINT [CASE NO. 08 CV 0785 JLS NLS]

1  This Court, having reviewed the parties' Joint Motion To Extend Time For Defendant To
2  File Its Response To The First Amended Complaint, and good cause appearing therefor, HEREBY
3  ORDERS AS FOLLOWS:
4  The deadline for Defendant to file and serve its pleading in response to the Complaint shall
5  be extended to and including July 28, 2008.
6  IT IS SO ORDERED.

9  Dated: July 1, 2008

                                              *Janis L. Sammartino*
                                        HONORABLE JANIS L. SAMMARTINO
                                              United States District Judge