SEYFARTH SHAW LLP
Christian J. Rowley (State Bar No. 187293)
Cassandra H. Carroll (State Bar No. 209123)
Jyan Ferng (State Bar No. 209249)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Thomas R. Kaufman (State Bar No.: 177936)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

FILED
JUL 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ECL   DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| PETER PASQUALE,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendant. | Case No.: 08 CV 0785 JLS NLS<br><br>**APPLICATION FOR ORDER TO SUBSTITUTE ATTORNEYS BY DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.; [PROPOSED] ORDER** |

Defendant Kaiser Foundation Health Plan, Inc. ("Defendant"), hereby applies for entry of an Order by the Court to substitute its attorneys. Defendant is currently represented by Thelen Reid Brown Raysman & Steiner ("Thelen"). Defendant wishes to substitute Seyfarth Shaw LLP ("Seyfarth") in place of Thelen.

SF #1486509 v1

APPLICATION FOR ORDER TO SUBSTITUTE ATTORNEYS BY DEFENDANT KAISER FOUNDATION
HEALTH PLAN, INC.; [PROPOSE] ORDER
[CASE NO. 08 CV 0785 JLS NLS]

Defendant, Thelen, and Seyfarth all consent to the proposed substitution of attorney. Thus, Defendant respectfully requests that this Court grant its application and enter an order substituting Defendant's attorneys.

Dated: July 17, 2008         KAISER FOUNDATION HEALTH PLAN, INC.

By _____
Lisa Barrow
Senior Counsel, Kaiser Foundation Health Plan, Inc.

Dated: July __, 2008         SEYFARTH SHAW LLP

By _____
Christian J. Rowley
New Attorneys for Defendant

Dated: July 14, 2008         THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
Seth L. Neulight
Former Attorneys for Defendant

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On July 18, 2008, I served the within documents:

**APPLICATION FOR ORDER TO SUBSTITUTE ATTORNEYS BY DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.; [PROPOSED] ORDER**

☐ I sent such document from facsimile machine (415) 397-8549 on July 18, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at , California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at , California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at , California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Ann Kane Smith
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071

Seth L. Neulight
Deborah R. Schwartz
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606

Norman B. Blumenthal
Kyle R. Nordehaug
Aparajit Bhowmik
BLUMENTHAL & NORDEHAUG
2255 Calle Clara
La Jolla, CA 92037

1  Walter Haines
   UNITED EMPLOYEES LAW GROUP
2  65 Pine Avenue, #312
   Long Beach, CA 98002
3

4      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

5

6

7      I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

8      Executed on July 18, 2008, at , California.

                                                                              *Ondrietta Johnson*

SFI 28329480.1                                              -2-