FILED
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE,<br><br>        Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>        Defendant. | Case No.: 08 CV 0785 JLS NLS<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO SUBSTITUTE ATTORNEYS BY DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC. |

This Court, having reviewed Defendant Kaiser Foundation Health Plan, Inc.'s ("Defendant"), application for entry of an Order by the Court to substitute its attorneys, and good cause appearing therefore, hereby orders as follows:

Defendant's former attorneys Thelen Reid Brown Raysman & Steiner is hereby substituted by Defendant's new attorneys Seyfarth Shaw LLP ("Seyfarth").

IT IS SO ORDERED.

Dated: July 22, 2008    By _____
                          HONORABLE JANIS L. SAMMARTINO
                          United States District Judge

SF #1486509 v1                         - 3 -

APPLICATION FOR ORDER TO SUBSTITUTE ATTORNEYS BY DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.; [PROPOSE] ORDER