**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

**UNITED EMPLOYEES LAW GROUP**
  Walter Haines, Esq. (State Bar #71075)
65 Pine Ave, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

Attorneys for Plaintiff

**SEYFARTH SHAW LLP**
  Thomas R. Kaufman (State Bar #177936)
  Jyan Ferng (State Bar #209249)
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | CASE No. 08 CV -785 - JLS (NLS)<br><br>**JOINT MOTION FOR AN ORDER TO ALLOW PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge: Honorable Janis L. Sammartino<br>Courtroom: 6, 3rd Floor<br><br>Magistrate Judge: Honorable Nita L. Stormes<br>Courtroom: F, 1st Floor |

1 **WHEREAS**, Plaintiff Peter Pasquale filed suit against Kaiser Foundation Health Plan, Inc. on April 29, 2008;

3 **WHEREAS**, Plaintiff Peter Pasquale filed a first amended complaint ("FAC") on June 19, 2008 to add allegations pursuant to the Private Attorney General Act of 2004, Cal. Labor Code § 2699, et seq. ("PAGA") allegations on June 19, 2008 [Docket No. 6];

6 **WHEREAS**, Plaintiff seeks to name the proper Defendant, Kaiser Foundation Hospitals, Inc., refine the factual allegations of the FAC, and add Plaintiff Sonia Gerberding as an additional class representative;

9 **WHEREAS**, the Parties agree that Defendant is not waiving any arguments or defenses it may have to the claims made in the action, including but not limited to the statute of limitations, or Defendant's arguments that the claims stated do not "relate back" for putative class members outside the originally proposed class

13 **NOW, THEREFORE**, Plaintiff and Defendant, through their respective counsel of record, jointly move and request that:

15     1.    The order, e-mailed to Judge Sammartino pursuant to Section 2(h) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, be entered to allow Plaintiff to file the Second Amended Complaint (the "SAC") attached hereto as Exhibit #1, as the operative complaint.

Dated: August 4, 2008                     **BLUMENTHAL & NORDREHAUG**

By:   s/Aparajit Bhowmik
        Aparajit Bhowmik

Dated: August 4, 2008                     **SEYFARTH & SHAW**

By:   s/Jyan Ferng
        Jyan Ferng

G:\D\NBB\Pasquale v. Kaiser\j-stip-SAC.wpd