# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | CASE No. 08 CV -785 - JLS (NLS)<br><br>**ORDER ALLOWING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge: Honorable Janis L. Sammartino<br>Courtroom: 6, 3rd Floor<br><br>Magistrate Judge: Honorable Nita L. Stormes<br>Courtroom: F, 1st Floor |

**WHEREAS**, Plaintiff Peter Pasquale filed suit against Kaiser Foundation Health Plan, Inc. on April 29, 2008;

**WHEREAS**, Plaintiff Peter Pasquale filed a first amended complaint ("FAC") on June 19, 2008 to add allegations pursuant to the Private Attorney General Act of 2004, Cal. Labor Code § 2699, et

1  seq. ("PAGA") allegations on June 19, 2008 [Docket No. 6];

2      **WHEREAS**, Plaintiff seeks to name the proper Defendant, Kaiser Foundation Hospitals, Inc., refine the factual allegations of the FAC, and add Plaintiff Sonia Gerberding as an additional class representative;

3      **WHEREAS**, the Parties agree that Defendant is not waiving any arguments or defenses it may have to the claims made in the action, including but not limited to the statute of limitations, or Defendant's arguments that the claims stated do not "relate back" for putative class members outside the originally proposed class;

4      **WHEREAS**, the Parties have filed a Joint Motion for an Order to Allow Plaintiff to File a Second Amended Complaint;

5      **NOW, THEREFORE**, the Court, having considered the Parties' Joint Motion for an Order to Allow Plaintiff to File a Second Amended Complaint (the "Joint Motion") and finding good cause thereon, hereby ORDERS that the Plaintiff may file the Second Amended Complaint (the "SAC") attached to the Joint Motion as <u>Exhibit #1</u>, as the operative complaint.

    **IT IS SO ORDERED**.

DATED: August 6, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge