SEYFARTH SHAW LLP
Christian J. Rowley (State Bar No. 187293)
Cassandra H. Carroll (State Bar No. 209123)
Jyan Ferng (State Bar No. 209249)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Thomas R. Kaufman (State Bar No.: 177936)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE, an individual, SONIA GBERDING, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>KAISER FOUNDATION HOSPITALS, INC., also dba KAISER PERMANENTE INFORMATION TECHNOLOGY, a California corporation, and Does 1 to 10,<br><br>　　　　　　　　Defendants. | Case No.: 08 CV 0785 JLS NLS<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE SECOND AMENDED COMPLAINT**<br><br>[E-filed concurrently with Declaration of Jyan Ferng and [Proposed] Order] |

///
///
///
///
///
///

SF #1486509 v1

JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE SAC
[CASE NO. 08 CV 0785 JLS NLS]
SF1 28332000.1

Case 3:08-cv-00785-JLS-NLS   Document 15   Filed 08/21/2008   Page 2 of 3

1  Pursuant to Rule 12.1 of the Local Rules of this Court, Plaintiff Peter Pasquale ("Plaintiff")
2  and Defendant Kaiser Foundation Hospitals, Inc. ("Defendant"), by and through their respective
3  counsel, hereby jointly move for entry of an Order by the Court extending the deadline by which
4  Defendant must file and serve its pleading in response to the Second Amended Complaint
5  ("SAC"), to and including September 27, 2008.
6  Good cause exists for this requested extension. On July 23, 2008, Plaintiff filed a Joint
7  Motion for an Order to Allow Plaintiff to File a Second Amended Complaint in this action. On
8  August 6, 2008, the Court granted the joint motion with an Order Allowing Plaintiff to File a
9  Second Amended Complaint and Plaintiff subsequently filed its SAC on August 7, 2008. Thus
10 under Rule 12 of the Federal Rules of Civil Procedure, Defendant's responsive pleading is
11 currently due to be filed and served on August 27, 2008.
12 Defendant's counsel was just recently retained to represent Defendant in this action, with
13 the Court's Order Granting Application to Substitute Attorneys filed on July 22, 2008. Plaintiff's
14 SAC is styled as a putative class and collective action asserting seven causes of action under both
15 federal and state wage and hour laws and also adds an additional cause of action and an additional
16 named plaintiff from the First Amended Complaint. The SAC is 36 pages in length and contains
17 112 charging paragraphs. Defendant and its counsel have just recently begun their review and
18 analysis of the SAC and the status of this matter. In light of the numerous and complex factual
19 and legal issues raised therein, additional time is needed for Defendant and its counsel to
20 investigate the claims and allegations in the SAC before a responsive pleading may be prepared,
21 especially because Defendant's counsel is new to this case. The requested extension is not being
22 sought to unduly delay this litigation or for any other improper purpose.
23 ///
24 ///
25 ///
26 ///
27 ///
28

SF #1486509 v1                                      -2-
JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE
SF1 28332000.1

This Joint Motion is based upon this Motion, the accompanying Declaration of Jyan Ferng and [Proposed] Order, the SAC, and such other and further matters as the Court may consider in its discretion.

Dated: August 21, 2008          BLUMENTHAL & NORDREHAUG

By:/s/ Norman B. Blumenthal
    Norman B. Blumenthal
    Attorneys for Plaintiff

Dated: August 21, 2008          UNITED EMPLOYEES LAW GROUP

By:/s/ Walter Haines
    Walter Haines
    Attorneys for Plaintiff

Dated: August 21, 2008          SEYFARTH SHAW LLP

By  /s/ Jyan Ferng
    Jyan Ferng
    Attorneys for Defendant