SEYFARTH SHAW LLP
Christian J. Rowley (State Bar No. 187293)
Cassandra H. Carroll (State Bar No. 209123)
Jyan Ferng (State Bar No. 209249)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Thomas R. Kaufman (State Bar No.: 177936)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE, an individual, SONIA GBERDING, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, INC., also dba KAISER PERMANENTE INFORMATION TECHNOLOGY, a California corporation, and Does 1 to 10,<br><br>Defendant. | Case No.: 08 CV 0785 JLS NLS<br><br>**DECLARATION OF JYAN FERNG IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSE TO THE SECOND AMENDED COMPLAINT** |

///
///
///
///
///

SF #1486907 v1

DECLARATION OF JYAN FERNG ISO JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE
RESPONSE TO SAC [CASE NO. 08 CV 0785 JLS NLS]
SF1 28332007.1

I, Jyan Ferng, hereby declare:

1. I am an associate of the law firm Seyfarth Shaw LLP, counsel to Defendant Kaiser Foundation Hospitals, Inc. ("Defendant"), in the above-captioned action. I am licensed and authorized to practice law before all courts of the State of California and this Court. I make this declaration in support of the parties' Joint Motion to Extend Time For Defendant To File Its Response to the Second Amended Complaint. The facts set forth below are within my personal knowledge, and if called upon to testify before the Court to these facts I could and would do so competently.

2. On July 23, 2008, Plaintiff filed a Joint Motion for an Order to Allow Plaintiff to File a Second Amended Complaint in this action.

3. On August 6, 2008, the Court granted the joint motion with an Order Allowing Plaintiff to File a Second Amended Complaint. Plaintiff subsequently filed its SAC on August 7, 2008. Thus under Rule 12 of the Federal Rules of Civil Procedure, Defendant's responsive pleading is currently due to be filed and served on August 27, 2008.

4. My law firm was just recently retained to represent Defendant in this action, substituting for Defendant's prior counsel Thelen Reid Brown Raysman & Steiner LLP. The Court filed its Order Granting Application to Substitute Attorneys on July 22, 2008.

5. Good cause exists for the requested 30-day extension of time, to and including September 27, 2008, for Defendant to file its responsive pleading. Plaintiff's Second Amended Complaint ("SAC") is styled as a putative class and collective action asserting seven causes of action under both federal and state wage and hour laws and also adds an additional cause of action and an additional named plaintiff from the First Amended Complaint. The SAC is 36 pages in length and contains 112 charging paragraphs. Defendant and its counsel have just recently begun their review and analysis of the SAC and the status of this matter. In light of the numerous and complex factual and legal issues raised therein, additional time is needed for Defendant and its counsel to investigate the claims and allegations in the SAC before a responsive pleading may be prepared, especially because Defendant's counsel is new to this case.

6. Although this is the third extension of time requested by Defendant in this action, this is the first such request by my Firm. This extension is not being sought to unduly delay this action or for any other improper purpose.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed by me on this 21st day of August 2008, in San Francisco, California.

_____/s/ Jyan Ferng_____
Jyan Ferng