```
 1  SEYFARTH SHAW LLP
    Christian J. Rowley (State Bar No. 187293)
 2  Cassandra H. Carroll (State Bar No. 209123)
    Jyan Ferng (State Bar No. 209249)
 3  560 Mission Street, Suite 3100
    San Francisco, California 94105
 4  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
 5
    SEYFARTH SHAW LLP
 6  Thomas R. Kaufman (State Bar No.: 177936)
     2029 Century Park East, Suite 3300
 7  Los Angeles, California 90067-3063
    Telephone: (310) 277-7200
 8  Facsimile: (310) 201-5219

 9  Attorneys for Defendant
    KAISER FOUNDATION HOSPITALS, INC..
10
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PASQUALE, an individual, SONIA GBERDING, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>KAISER FOUNDATION HOSPITALS, INC., also dba KAISER PERMANENTE INFORMATION TECHNOLOGY, a California corporation, and Does 1 to 10,<br><br>        Defendant. | Case No.: 08 CV 0785 JLS NLS<br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE ITS RESPONSE TO THE SECOND AMENDED COMPLAINT** |

///

///

///

///

///

SF #1486794 v1

1  This Court, having reviewed the parties' Joint Motion To Extend Time For Defendant To
2  File Its Response To The Second Amended Complaint, and good cause appearing therefor,
3  HEREBY ORDERS AS FOLLOWS:
4  The deadline for Defendant to file and serve its pleading in response to the Second
5  Amended Complaint shall be extended to and including September 27, 2008.
6  IT IS SO ORDERED.

Dated: August 25, 2008

*Janis L. Sammartino*
HONORABLE JANIS L. SAMMARTINO
United States District Judge