1   **BLUMENTHAL, NORDREHAUG & BHOWMIK**
    Norman B. Blumenthal (State Bar #068687)
2   Kyle R. Nordrehaug (State Bar #205975)
    Aparajit Bhowmik (State Bar #248066)
3   2255 Calle Clara
    La Jolla, CA 92037
4   Telephone: (858)551-1223
    Facsimile: (858) 551-1232
5

6

7

8

9                       **UNITED STATES DISTRICT COURT**

10                      **SOUTHERN DISTRICT OF CALIFORNIA**

11

12   PETER PASQUALE, an individual, on          CASE No. 08 cv 785 - JLS (NLS)
     behalf of himself, and on behalf of all
13   persons similarly situated,                **DECLARATION OF KYLE
                                                 NORDREHAUG RE: ATTORNEY'S
14                                               FEES AND COST INCURRED BY
                                                 BLUMENTHAL, NORDREHAUG &
15                   Plaintiffs,                 BHOWMIK**

16   vs.

17   KAISER FOUNDATION HEALTH                    Judge: Honorable Janis L. Sammartino
     PLAN, INC., a California Corporation,       Courtroom: 6, 3rd Floor
18   and Does 1 to 10,
                                                 Magistrate Judge: Honorable Nita L.
19                                               Stormes
                    Defendants.                  Courtroom: F, 1st Floor
20

21

22

23

24   I, Kyle R. Nordrehaug, declare as follows:

25       1.    I am a member in good standing of the State Bar of California, and a partner in

26   the firm Blumenthal, Nordrehaug & Bhowmik, which is the firm that originally represented the

27
                                                 1
28   ────────────────────────────────────────────────────────────────
     DECLARATION OF KYLE NORDREHAUG RE: ATTORNEY'S FEES AND COST INCURRED BY
                      BLUMENTHAL, NORDREHAUG & BHOWMIK
                                                 CASE No. **08 CV -785 - JLS (NLS)**

1   Plaintiffs in this case. I have personal knowledge of the facts set forth in this Declaration, and,

2   if called as a witness, I could and would testify to them, except where I specify that I am

3   declaring on information and belief, in which case I am informed and believe the facts to be

4   true.

5       2.      I am thoroughly familiar with the contents of this file and our firm's work on this

6   matter. The matters set forth herein are within my personal knowledge and if called to testify

7   I could do so competently.

8       3.      Blumenthal, Nordrehaug & Bhowmik prosecuted this litigation solely on a

9   contingent-fee basis, and has been completely at risk that it would not receive any compensation

10  for prosecuting claims against the defendants. Because Blumenthal, Nordrehaug & Bhowmik

11  devoted its time and resources to this matter, as a small firm, it has foregone other legal work

12  for which it would have been compensated.

13      4.      My firm is highly experienced in actions of this nature. The background and

14  experience of my firm and its attorneys is set forth in the resume attached hereto as <u>Exhibit 1</u>.

15      5.      This firm actively participated in the litigation of this action from inception of the

16  case in April 2008 through December 2008 when the Plaintiffs requested substituted of counsel

17  to their present counsel. The hours submitted with this application are solely for work

18  performed on behalf of the class alleged in the above-entitled California action by Blumenthal,

19  Nordrehaug & Bhowmik and not any other matter. Blumenthal, Nordrehaug & Bhowmik has

20  performed specific tasks related to this matter, and this work included the preparation of

21  pleadings, attending court appearances, legal research, preparing and reviewing discovery,

22  conferring with co-counsel and clients, and review of correspondence and pleadings.

23      6.      As a partner of the firm, I have supervised the work performed on this case by

24  other members of the firm. I also have knowledge of the firm's policies regarding the

25  assignment of work and the recording of time and expense records. Based upon the firm's

26  records, during the period April 2008 through December 2008, Blumenthal, Nordrehaug &

27  Bhowmik expended a total of 49.70 hours on this litigation for a total firm lodestar of

28

$20,560.00. The hourly rates charged by each attorney are the same hourly rates charged by our firm in other cases of this nature including to our hourly clients. The firm lodestar by attorney is broken down as follows:

| | | |
|---|---|---|
| Norman B. Blumenthal (Partner - $525 per hour) | 13 hours = | $ 6,825.00 |
| Kyle Nordrehaug (Partner - $ 450 per hour) | 1.5 hours = | $ 4,005.00 |
| Aparajit Bhowmik (Partner - $ 350 per hour) | 27.8 hours = | $ 9,730.00 |
| **TOTAL PROFESSIONAL SERVICES =** | **49.70 hours = $20,560.00** | |

7.      These figures and amounts reflected above do not include: (a) any multiplier or other factor to account for the risks involved in the case or the wholly contingent nature of my firm's representation of the Class; or (b) any adjustment for the complexity of the litigation, the level of the opposition encountered, the preclusion of other employment, or other factors that might justify a higher level of compensation for the work performed.

8.      This firm has expended a total of $621.61 in unreimbursed expenses in connection with the prosecution of this action to date. My firm made its usual and customary charges for expenses it paid or incurred in this litigation and added no surcharge to any expense. The expenses incurred pertaining to this case are reflected in the books and records of the firm, and are an accurate record of the expenses incurred. The expenses incurred include charges for the complaint filing fee ($350.00), messenger/services of process ($28.75) and legal research charges ($242.86).

9.      I believe that the time expended in connection with this litigation was reasonable in amount and was necessary to ensure the successful prosecution of this action.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 14th day of October, 2009 at La Jolla, California.



KYLE R. NORDREHAUG

DECLARATION OF KYLE NORDREHAUG RE: ATTORNEY'S FEES AND COST INCURRED BY
BLUMENTHAL, NORDREHAUG & BHOWMIK
CASE No. 08 CV -785 - JLS (NLS)

**<u>EXHIBIT #1</u>**

**Blumenthal, Nordrehaug & Bhowmik (AV)**
2255 Calle Clara, La Jolla, California 92037
Tel: (858) 551-1223
Fax: (885) 551-1232

## FIRM RESUME

Areas of Practice: Consumer and Securities Class Action, Civil Litigation, Transactional Law, Business Litigation, Products Liability and Construction Defects.

## ATTORNEY BIOGRAPHIES

**Norman B. Blumenthal**
Partner
Practice Areas: Consumer and Securities Class Action, Civil Litigation, Transactional Law
Admitted: 1973, Illinois; 1976, California
Biography: Law Clerk to Justice Thomas J. Moran, Illinois Supreme Court, 1973-1975. Instructor, Oil and Gas Law: California Western School of Law, 1981; University of San Diego School of Law, 1983. President and Chairman of the Board, San Diego Petroleum Club Inc., 1985-1986. Chief Operating Officer and General Counsel, Brumark Corporation, 1980-1987.
Member: San Diego County, Illinois State and American Bar Associations; State Bar of California.
Educated: University of Wisconsin (B.A., 1970); Loyola University of Chicago (J.D., 1973)
Born: Washington, D.C., January 31, 1948

**Kyle R. Nordrehaug**
Partner
Practice Areas: Consumer and Securities Class Actions, Civil Litigation
Admitted: 1999, California
Member: State Bar of California
Educated: University of California at Berkeley (B.A., 1994); University of San Diego School of Law (J.D. 1999)
Born: San Diego, California, October 21, 1972

**Aparajit Bhowmik**
Partner
Practice Areas: Civil Litigation; Consumer Class Actions
Admitted: 2006, California
Educated: University of California at San Diego (B.A., 2002); University of San Diego School of Law (J.D. 2006)

**Scott Macrae**
Contract Attorney
Practice Areas: Consumer and Securities Class Action
Admitted: 1982, California
Educated: Bowdoin College (B.A., 1978); University of California at Berkeley, Boalt Hall School of Law (J.D., 1982)
Born: Summit, New Jersey, November 26, 1956

## REPORTED CASES

In re Tobacco Cases II, 41 Cal. 4th 1257 (2007); Hall v. County of Los Angeles, 148 Cal. App. 4th 318 (2007); Coshow v. City of Escondido, 132 Cal. App. 4th 687 (2005); Daniels v. Philip Morris, 18 F.Supp 2d 1110 (1998 S.D. Cal.); Washington Mutual Bank v. Superior Court, 24 Cal. 4th 906 (2001); Gibson v. World Savings & Loan Asso., 103 Cal. App. 4th 1291 (2003); Jordan v. Department of Motor Vehicles, 75 Cal. App. 4th 445 (1999); Jordan v. Department of Motor Vehicles, 100 Cal.App.4th 431 (2002); Norwest Mortgage, Inc. v. Superior Court, 72 Cal.App.4th 214 (1999); Hildago v. Diversified Transp. Sya, 1998 U.S. App. LEXIS 3207 (9th Cir. 1998); Kensington Capital Mgal. v. Oakley, Inc., 1999 U.S. Dist LEXIS 385; Fed.Sec.L.Rep. (CCH) P90, 411 (1999 C.D. Cal.); Olszewski v. Scripps Health, 30 Cal. 4th 798 (2003); Taiheiyo Cement Corp. v. Superior Court, 105 Cal.App. 4th 398 (2003); McMeans v. Scripps Health, Inc., 100 Cal. App. 4th 507 (2002); Ramos v. Countrywide Home Loans, 82 Cal.App.4th 615 (2002); Tevssier v. City of San Diego, 81 Cal.App. 4th 685; Rocker v. KPMG LLP, 148 P.3d 703; 2006 Nev. Lexis 137; 122 Nev. Adv. Rep. 101(2006); Silvas v. E*Trade Mortg. Corp., 514 F.3d 1001 (9th Cir. 2008); Silvas v. E*Trade Mortg. Corp., 421 F. Supp. 2d 1315 (S.D. Cal. 2006); McPhail v. First Command Fin. Planning, Inc., 247 F.R.D. 598 (S.D. Cal. 2007); Puentes v. Wells Fargo Home Mortgage, Inc., 160 Cal. App. 4th 638 (2008); Rezec v. Sony Pictures Entertainment, Inc., 116 Cal. App. 4th 135 (2004).


## LEAD COUNSEL - CLASS ACTION

Adkins v. Washington Mutual Bank - Settled
Orange County Superior Court
Nature of Case: Unfair Competition - Bank Interest Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Agah v. CompUSA - Settled
U.S. District Court, Southern District of California
Case No. SA CV05-1087 DOC (Anx)
Nature of Case: Unfair Competition - Unfair Rebate Program
Plaintiff's Counsel: Blumenthal and Nordrehaug

Allec v. Cross Country Bank - Settled
Orange County Superior Court
Nature of Case: Unfair Business Practices-Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Nordrehaug

Arreguin v. Impact Solutions - "In Litigation'
Los Angeles Superior Court, Case No. BC 340107
Nature of Case: Labor Code Violations
Plaintiff's Counsel: Blumenthal and Nordrehaug

Barcia v. Contain-A-Way - Settled
U.S. District Court, Southern District California
Case No. 07 cv 0938
Nature of Case: ERISA and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Bermant v. Bank of America, Investment Services, Inc. - Settled

Los Angeles Superior Court, Civil Action No. BC342505
Nature of Case: Labor Code Violations
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Arias, Ozzello & Gignac, L.L.P. &
United Employees Law Group

Bolger v. Dr. Martens - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Nordrehaug

Bova v. Washington Mutual Bank / JP Morgan Chase - In Litigation
U.S. District Court, Southern District California
Case No. 07 cv 2410
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Briseno v. American Savings Bank - Settled
Orange County Superior Court
Nature of Case: Unfair Competition - Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug; Chavez & Gertler

Buonomo v. ValueVision - Settled
Minnesota District Court
Nature of Case: False Advertising, Breach of Warranty
Plaintiff's Counsel: Blumenthal & Nordrehaug; Mansfield, Tanick & Cohen, P.A.

Butler v. Oberman, Tivoli, Miller and Pickert, Inc. - "In Litigation"
Los Angeles Superior Court, Case No. BC 339051
Nature of Case: Labor
Plaintiff's Counsel: Blumenthal and Nordrehaug

Cabral v. Creative Communication Tech. - In Litigation
Los Angeles Superior Court
Nature of Case: Labor Code Violations
Plaintiff's Counsel:  Blumenthal & Nordrehaug, United Employees Law Group

Citizens for Fair Treatment v. Quest Communications - Settled
San Diego Superior Court
Nature of Case: Failure to Pay for Vacation Time
Plaintiff's Counsel: Blumenthal and Nordrehaug

Cohen v. Bosch Tool - Settled
San Diego Superior Court, Case No. GIC 853562
Nature of Case: Unfair Business Practices-Deceptive Advertising
Plaintiff's Counsel: Blumenthal and Nordrehaug

Collins v. Galpin Motors - "In Litigation"
Los Angeles Superior Court, Case No. BC 343915
Nature of Case: Overtime
Plaintiff's Counsel: Blumenthal and Nordrehaug

Comstock v. Washington Mutual Bank - Settled
San Diego County Superior Court
Nature of Case: Unfair Competition - Force Order Insurance
Plaintiff's Counsel: Blumenthal & Nordrehaug

Conley v. Norwest - Settled
San Diego County Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Connell v. Sun Microsystems - Settled
Alameda Superior Court, Case No. RG06252310
Nature of Case: Labor Code Violations
Plaintiff's Counsel: Blumenthal and Nordrehaug &
United Employees Law & Group Chavez & Gertler, LLP

Curry v. California Testing Bureau/McGraw Hill - Dismissal Affirmed on Appeal
United States Court of Appeals for the Ninth Circuit
U.S. District Court, Northern District of California, San Jose
Civil Action No. C-05-4003 JW
Nature of Case: ERISA Claim
Plaintiff's Counsel: Blumenthal and Nordrehaug & Chavez & Gertler

Danford v. Movo Media - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Unlawful Violation of Unruh Civil Rights Act
Plaintiff's Counsel: Blumenthal & Nordrehaug

Daniels, et al. v. Philip Morris, et al. – On Review before the California Supreme Court
San Diego Superior Court
Nature of Case: Unfair Business Practices-Unlawful, Deceptive and Unfair Marketing of Cigarettes
to Children
Plaintiff's Counsel: Blumenthal & Nordrehaug

Dewane v. Prudential - Settled
U.S. District Court, Central District of California
Case NO. SA CV 05-1031
Nature of Case: Labor Code Violations
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Wynne Law Firm & Thierman Law Firm P.C.

Downtown Inns v. Pac Bell - Settled
California Public Utilities Commission
Nature of Case: Illegal Charge
Plaintiff's Counsel: Blumenthal & Nordrehaug; Sullivan Hill.

Fallah v. Cingular Wireless - Settled
Orange County Superior Court / U.S. District Court, Central District of Calfiornia
Case No.
Nature of Case: Unfair Competition - Unfair Rebate Program
Plaintiff's Counsel: Blumenthal and Nordrehaug

Fierro v. Chase Manhattan - Settled
San Diego Superior Court
Nature of Case: Unfair Competition - Bank Interest Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Friend v. Wellpoint - Settled
Los Angeles Superior Court, Case NO. BC345147
Nature of Case: Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Gabisan v. Pelican Products - Settled
U.S. District Court, Southern District California
Case No. 08 cv 1361
Nature of Case: Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Getchius v. National Private Security - "In Litigation"
Los Angeles Superior Court, Case No. BC 338907
Nature of Case: Overtime
Plaintiff's Counsel: Blumenthal and Nordrehaug

Gibson v. World Savings - Judgment for Class after Appeal - Settled
Orange County Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Gill v. Parabody, Inc. - Settled
San Diego Superior Court
Nature of Case: Product Defect
Plaintiff's Counsel: Blumenthal & Nordrehaug

Greer v. Fleet Mortgage - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Bank Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Guzman v. GNC, Inc. - "In Litigation"
U.S. District Court, Central District of California
Case No. CV 06-2326 MMM FMOx
Nature of Case: Unfair Competition - Illegal Product Sales
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A.

Guzman v. Muscletech. - "In Litigation"
U.S. District Court, Central District of California
Case No. CV06-2377 CAS JTLx
Nature of Case: Unfair Competition - Illegal Product Sales
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Thanasides, Zalkin & Acero & Trenam, Kemker, Scharf,
Barkin, Frye, O'Neill & Mullis, P.A.

<u>Hahn v. Circuit City</u> – Settled
San Diego Superior Court; U.S. District Court, Southern District of California
Nature of Case: Unfair Business Practices, Failure to Pay Vacation Time
Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>Hall v. County of Los Angeles</u> - On Appeal
Los Angeles Superior Court, Case No. BC208582
Nature of Case: Gender Discrimination
Plaintiff's Counsel: Blumenthal and Nordrehaug &
The Lewis Law Firm

<u>Handler v. Oppenheimer</u> - On Appeal
Los Angeles Superior Court, Civil Action No. BC343542
Nature of Case: Labor Code Violations
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Perona, Langer, Beck, Lallande and Serbin

<u>Higgins v. Maryland Casualty</u> - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Deceptive Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>Hoffman v. National Warranty Insurance</u> - Settled
District Court for the State of Nevada
Nature of Case: Auto Warranty Fraud
Plaintiff's Counsel: Blumenthal & Nordrehaug; Greco, Traficante & Edwards;
Gerard, Osuch & Cisneros, LLP

<u>Hollander v. Vitamin Shoppe Industries</u> - "In Litigation"
Los Angeles Superior Court
Case No.L.A.S.C. Case No. BC311446
Nature of Case: Unfair Competition - Illegal Product Sales
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Thanasides, Zalkin & Acero & Trenam, Kemker, Scharf,
Barkin, Frye, O'Neill & Mullis, P.A.

<u>Jones v. E*Trade Mortgage</u> - Settled
U.S. District Court, Southern District California
Case No. 02-CV-1123 L (JAH)
Nature of Case: TILA Violations
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Robert C. Fellmeth, Esq.

<u>Kennedy v. Natural Balance</u> - On Appeal
U.S. District Court, Southern District California
Nature of Case: Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>King v. Nordstrom</u> - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Failure to Pay for Vacation Time

Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>Linder v. OCWEN</u> - In Litigation
U.S. District Court, Central District California
Case No. 07cv501
Nature of Case: Lender Placed Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug, Nicholas & Butler

<u>Lopez v. K-Mart</u> - "In Litigation"
Ventura County Superior Court, Case No. BC 351983
Nature of Case: Overtime - Unfair Business Practice
Plaintiff's Counsel: Blumenthal and Nordrehaug & Arias, Ozzello, & Gignac, LLP & United Employees Law Group

<u>Louie / Stringer v. Kaiser</u> - Settled
U.S. District Court, Southern District California, Case No. 08 cv 0795
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

<u>Mann v. Vital Pharmaceuticals</u> - "In Litigation"
Los Angeles Superior Court
Case No. L.A.S.C. Case No. : BC 310790
Nature of Case: Unfair Competition - Illegal Product Sales
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.

<u>Mandell v. Republic Bank</u> - Settled
Los Angeles County Superior Court
Nature of Case: Breach of Fiduciary Duties to IRA Account Holders
Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>Manzanarez v. Home Savings of America</u> - Settled
San Francisco Superior Court
Nature of Case: Unfair Business Practices-Overcharge for Inspection Fees
Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>Marchese v. Ty, Inc.</u> - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>Martinez v. Yahoo, Inc.</u> - Settled
Nature of Case: Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Nordrehaug

<u>Matloubian v. Home Savings of America</u> - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug; Chavez & Gertler

<u>McMeans v. ScrippsHealth,</u> - Settled

San Diego Superior Court
Nature of Case: Unfair Competition, Lien Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

McPhail v. First Command - Settled
United States District Court for the Southern District of California
Case No.05CV0179 IEG (JMA)
Nature of Case: Securities Fraud, 10(b)(5) violations
Plaintiff's Counsel: Blumenthal & Nordrehaug appointed Lead Counsel, Greco & Traficante &
Whatley Drake LLC & Gray & White,& Brewer & Carlson, LLP & Franklin & Hance, PSC

Meco v. International Medical Research (and related cases) - Judgment for Class After Trial
Los Angeles Superior Court
Nature of Case: Unfair Competition, Product Adulteration, Illegal Sale of Drugs
Plaintiff's Counsel: Blumenthal & Nordrehaug

Nakagawa v. LPJ Pharmaceuticals - "In Litigation"
Los Angeles Superior Court
Case No. FRESNO S.C. Case No. : 04CECG 00453
Nature of Case: Unfair Competition - Illegal Product Sales
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.

Navarette v. Edwards Theaters/Century - "In Litigation"
Orange County Superior Court, Case No. 05CC00211
Nature of Case: Overtime
Plaintiff's Counsel: Blumenthal and Nordrehaug

Nelson v. St. Paul Fire & Marine Insurance - Settled
Brazoria County District Court, Texas
Nature of Case: Deceptive Business Practices in sale of oil & gas reserve insurance
Plaintiff's Counsel: Blumenthal & Nordrehaug

Nguyen v. Wells Fargo Home Mortgage - "In Litigation"
Orange County Superior Court, Case No. 05 CC 00116
Nature of Case: Unfair Business Practices - Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Olszewski v. ScrippsHealth - Judgment for Plaintiff
California Supreme Court Decision in Favor of Plaintiff
San Diego Superior Court
Nature of Case: Unfair Competition, Lien Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Pacheco v. Lexicon Marketing - "In Litigation"
Los Angeles Superior Court, Case No. BC 342265
Nature of Case: Overtime
Plaintiff's Counsel: Blumenthal and Nordrehaug

Patelski v. The Boeing Company – Settled
United States District Court, Southern District of New York;

transferred to United States District Court, Eastern District of Missouri
Nature of Case: Refund Action
Plaintiffs' Counsel: Blumenthal & Nordrehaug, Sigman, Lewis & Feinberg, P.C.

Pearlman v. Bank of America - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug; Chavez & Gertler

Picus v. Wal-Mart Stores - In Litigation
U.S. District Court, District of Nevada
Case No. 2:07-CV-00682
Nature of Case: Deceptive Advertising
Plaintiff's Counsel: Blumenthal & Nordrehaug, Gerard & Associates

Pittard v. Salus Homecare - In Litigation
U.S. District Court, Southern District California
Case No. 08 cv 1398
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Prince v. ClientLogic - In Litigation
Eighth Judicial District Court, Clark County, Nevada
No Case No. A517624
Nature of Case: Overtime
Plaintiff's Counsel: Blumenthal and Nordrehaug & Gerard & Osuch, LLP

Puentes v. Wells Fargo Home Mortgage - Decision on Appeal
San Diego Superior Court
Nature of Case: Unfair Business Practices - Bank Interest Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Ralphs v. Blockbuster, Inc. — Settled
San Diego Superior Court
Nature of Case: Unlawful Late Fees
Plaintiff's Counsel: Blumenthal & Nordrehaug, Morris and Associates, Pettersen and Bark

Ramos v. Countrywide - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Sullivan Hill; Chavez & Gertler

Redin v. Sterling Trust - Settled
Los Angeles Superior Court
Nature of Case: Breach of Fiduciary Duties of IRA Administrator
Plaintiff's Counsel: Blumenthal & Nordrehaug

Reynolds v. Marlboro/Philip Morris U.S.A. - "In Litigation"
United States Court of Appeals for the Ninth Circuit
U.S. District Court, Southern District of California
Civil Action No. 05 CV 1876 JAH

Nature of Case: Unfair Competition
Plaintiff's Counsel: Blumenthal and Nordrehaug

Rezec v. Sony – Settled
San Diego Superior Court
Nature of Case: Fraudulent Advertising
Plaintiffs' Counsel: Blumenthal & Nordrehaug, Prongay & Borderud; The Cifarelli Law Firm

Rocheford v. SC&E Administrative Service - Settled
Orange County Superior Court
Nature of Case: Auto Warranty Fraud
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Greco, Traficante & Edwards;
Gerard, Osuch & Cisneros, LLP

Santone v. AT&T – Settled
United states District Court, Southern District of Alabama
Nature of Case: Unconscionable Business Practices
Plaintiff's Counsel: Blumenthal & Nordrehaug, Morris & Associates

Santos v. Sleep Train - In Litigation
Orange County Superior Court
Case No. 30-2008-00214586
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Scott v. Blockbuster, Inc. – Settled
Count of Appeals, Ninth District of Texas, Beaumont, Texas
Nature of Case: Unlawful Late Fees
Plaintiff's Counsel: Blumenthal & Nordrehaug, Brothers & Thomas, LLP, Vaughan O. Stewart

Shiell v. County of Los Angeles - On Appeal
Los Angeles Superior Court
Case Number BC208583; [Related to]: BC208582
Nature of Case: Claim for Common Law Employment
Plaintiff's Counsel: Blumenthal and Nordrehaug &
The Lewis Law Firm

Silvas v. E*Trade - Dismissal Affirmed on Appeal
U.S. District Court, Southern District
CASE NO. 05cv02348 - W (NLS)
Nature of Case: TILA Violations
Plaintiff's Counsel: Blumenthal and Nordrehaug & Robert Fellmeth & The Law Offices of Daniel
Harris & The Nygaard Law Firm

Sims v. Philip Morris, Inc. – "In Litigation"
United States District Court, For the District of Columbia
Nature of Case: Unlawful Marketing of Cigarettes to Children
Plaintiffs' Counsel: Blumenthal & Nordrehaug, Thorsnes, Bartolotta & McGuire;
Chavez & Gertler, Thomas E. Sharkey and Fleishman & Fisher

Sirota v. Swing-N-Slide - Settled

Wisconsin District Court, County of Rock Wisconsin
Case No. 95CV726J
Nature of Case: Fraudulent Stock Buy Back-Derivative Claim
Plaintiff's Counsel: Blumenthal & Nordrehaug; Sullivan Hill; Milberg, Weiss, Bershad, Hynes & Lerach; Nowlan & Mouat

Sorensen v. Binions, - "In Litigation"
Nature of Case: ERISA violation
Plaintiff's Counsel: Blumenthal & Nordrehaug; Gerard & Osuch

Steroid Hormone Product Cases - On Appeal
Los Angeles Superior Court, JCCP4363
Nature of Case: Unfair Competition - Sale of Illegal Products
Plaintiff's Counsel: Blumenthal and Nordrehaug &
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A.

Stevens v. Robinsons-May - Settled
San Diego Superior Court
Nature of Case: Unfair Business Practices-Failure to Pay for Vacation Time
Plaintiff's Counsel: Blumenthal & Nordrehaug

Strauss v. Bayer Corporation -- Settled
United States District Court, District of Minnesota
Nature of Case: Baycol Products Liaibility Litigation
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Fleishman & Fisher

Sussex v. Turnberry/MGM Grand Towers - In Litigation
U.S. District Court, District of Nevada
Case No. 08-cv-00773
Nature of Case: Securities Violations, Fraud
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Gerard & Associates

Tan v. CSAA - In Litigation
U.S. District Court, Central District California, Case No. 07cv1011
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Tauber v. Alaska Airlines, et al. - Settled
Los Angeles Superior Court
Nature of Case: Unfair Business Practice - Employment Practices
Plaintiff's Counsel: Blumenthal & Nordrehaug

Trujillo v. LivHome - In Litigation
Orange County Superior Court
Case No. 30-2008-00100372
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Tull v. Stewart Title - In Litigation
U.S. District Court, Southern District California,

Case No. 08-CV-1095
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug

Van Gorp v. Ameriquest Mortgage/Deutsche Bank - "In Litigation"
U.S. District Court, Central District of California
Case No. SACV05-907 CJC (ANx)
Nature of Case: Overtime
Plaintiff's Counsel: Blumenthal and Nordrehaug

Wadhwa v. Escrow Plus - Settled
Los Angeles Superior Court
Nature of Case: Investment Fraud
Plaintiff's Counsel: Blumenthal & Nordrehaug

Walsh v. Apple, Inc. - In Litigation
U.S. District Court, Northern District California, Case No. 08-04918
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Weltman v. Ortho Mattress  - In Litigation
U.S. District Court, Southern District California,
Case No. 08 cv 0840
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug, United Employees Law Group

Wilson v. D.R. Horton,  - In Litigation
U.S. District Court, Southern District California, Case No. 08-0592
Nature of Case: Antitrust
Plaintiff's Counsel: Blumenthal & Nordrehaug, Gerard & Associates

Yao v. Bodyonics, Ltd. - "In Litigation"
Los Angeles Superior Court, JCCP No. 4363
Nature of Case: Unfair Competition - Illegal Product Sales
Plaintiff's Counsel: Blumenthal and Nordrehaug

Zugich v. Wells Fargo Bank - Settled
San Francisco Superior Court
Nature of Case: Unfair Business Practices-Force Ordered Insurance Overcharges
Plaintiff's Counsel: Blumenthal & Nordrehaug

Zurlo v. Mission Linen - In Litigation
U.S. District Court, Central District, Case No. 08cv1326
Nature of Case: Overtime and Labor Code Violations
Plaintiff's Counsel: Blumenthal & Nordrehaug

## CO-COUNSEL - Class Actions

Baxt v. Scor U.S. - Settled

Delaware Court of Chancery
Nature of Case: Takeover
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Sullivan Hill;
Rosenthal, Monhait, Gross & Goddess, P.A.

Bronson v. Blech Securities - Settled
U.S. District Court, Southern District of New York
Nature of Case: Securities Fraud
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Milberg; Weiss, Bershad, Hynes & Lerach; Kaplan,
Kilsheimer & Fox; Berstein, Liebhard & Lifshitz; Berstein & Ostraff; Law Office of Dennis J.
Johnson; John T. Maher; Sullivan Hill; Weil, Gotshal & Manges; Paul, Hastings, Janofsky &
Walker; Andrews & Kurth; Paul, Weiss, Rifkind, Wharton & Garrison; Wolff & Samson; Heller,
Horowitz & Feit, P.C.; Shereff, Friedman, Hoffman & Goodman, LLP; Debevoise & Plimpton;
Smith, Campbell, Paduano; Thelen, Marrin, Johnson & Bridges; The Offices of Robert Swetnick;
Crummy Del Deo; Robinson, Silverman, Pearce, Aronsohn & Berman; Buchanan Ingersoll, P.C.;
Morgan, Lewis & Bockius, Schwartz, Kelm, Warren & Ramirez; Porter & Hedges, L.L.P.;
MicroProbe Corp.; NeoRX Corp.; Solomon, Zauderer, Ellenhorn, Frischer & Sharp;

Caushon v. General Motors Corp. - "In Coordinated Litigation"
In re Automobile Antitrust Cases
San Diego Superior Court, coordinated in San Francisco
Nature of Case: Unfair Competition; Antitrust
Plaintiff's Co-Counsel: Blumenthal & Nordrehaug

Dibella v. Olympic Financial - Settled
U.S. District Court, District of Minnesota
Nature of Case: Securities Fraud
Plaintiff's Counsel: Blumenthal & Nordrehaug

Ferrari v. Read-Rite - Settled
U. S. District Court, Northern District of California
Nature of Case: Securities Fraud
Plaintiff's Counsel: Blumenthal & Nordrehaug; Milberg, Weiss, Bershad, Hynes & Lerach

Hart v. United States Tobacco Co. - Settled
Los Angeles Superior Court
Coordinated in Smokeless Tobacco Litigation
Nature of Case: Unfair Competition; Antitrust
Plaintiff's Co-Counsel: Blumenthal & Nordrehaug; the Cuneo Law Group P.C.; Gordon Ball

Kensington Capital v. Oakley - Settled
U. S. District Court, Southern District of California
Nature of Case: Securities Fraud
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Milberg, Weiss, Bershad, Hynes & Lerach

Kensington Capital v. Vesta - Settled
U. S. District Court, Northern District of Alabama
Nature of Case: Securities Fraud
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Milberg, Weiss, Bershad, Hynes & Lerach

Manaster v. SureBeam - Settled

United States District Court
Nature of Case: Violation of Securities Act
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Milberg Weiss Bershad Hynes & Lerach

Jordan/Ramos v. DMV - Judgment for Plaintiff
Superior Court, Sacramento
Nature of Case: Commerce Clause Violation - Tax declared unconstitutional -
Affirmed on appeal
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Milberg, Weiss, Bershad, Hynes & Lerach;
Weiss & Yourman; Sullivan Hill.

Ridgewood Capital Management v. Gensia - Settled
U.S. District Court, Southern District of California, #CV-92-1500H
Plaintiffs' Counsel: Barrack, Rodos & Bacine; Kaplan, Kilsheimer & Fox; Wolf, Popper, Ross, Wolf
& Jones; Law Offices of Joseph H. Weiss; Kaufman, Malchman, Kaufman & Kirby; Sullivan Hill;
Blumenthal & Nordrehaug

Shurman v. Scimed - Settled
State of Minnesota District Court, Fourth District, #94-17640
Plaintiffs' Counsel: Blumenthal & Nordrehaug; Milberg, Weiss, Bershad, Hynes & Lerach; Kaplan,
Kilsheimer & Fox; Sullivan Hill; Law Offices of Lawrence G. Soicher.

Sirota v. Swing-N-Slide - Settled
Wisconsin District Court, County of Rock Wisconsin
Nature of Case: Fraudulent Stock Buy-Back-Derivative Claim
Plaintiff's Counsel: Blumenthal & Nordrehaug; Sullivan Hill;
Milberg, Weiss, Bershad, Hynes & Lerach; Nowlan & Mouat

Slatton v. G.E. Capital Mortgage Services - Settled
Camden County Superior Court, New Jersey, #CAML0256198
Nature of Case: Forced order insurance
Plaintiff's Counsel: Blumenthal & Nordrehaug

Somkin v. Molten Metal - Settled
U.S. District Court, District of Massachusetts, #9710325PBS
Nature of Case: Securities Fraud
Plaintiff's Counsel: Blumenthal & Nordrehaug

Sparks v AT&T - Settled
Illinois District Court - Madison County
Deceptive Practice claim - Leased consumer telephone equipment
Plaintiff's counsel - Carr Korein Tillery; Blumenthal & Nordrehaug; Whatley Drake